UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

05 SEP 22 AM 11: 32

OFFICE OF THE CLERK

ORDER

IN THE MATTER OF   )
UNCLAIMED MONEYS   )

The court's records show that the Registry Fund contains moneys unclaimed for more than five years after the date on which the court found a designated person entitled to withdraw the moneys. The cases in which unclaimed moneys are held are:

| CASE NO. | TITLE | AMOUNT |
|---|---|---|
| 4:00cv3060 ~~4:00CV360~~ | Mataya's Babydolls V City of Lincoln | $ 500.00 |
| 4:99CV3116 | USA V Judy McMullen etal | $3,419.65 |
| 8:98CV362 | Ralph Read MD V Medical X-Ray Ctr | $2,179.31 |
|  |  | $6,098.96 |

IT IS ORDERED THAT pursuant to 28 U.S.C. § 2042, the Clerk transfer the sum of $6,098.96 to the Treasury of the United States, Fund 613300, from Registry Fund 604700, and credit these funds to the United States.

DATED THIS 22nd Day of September, 2005

BY THE COURT;

Joseph F Battalion, CHIEF JUDGE
U. S. DISTRICT COURT